# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Sergei Fowler Marchant            Docket No. 5:11-CR-101-1BO

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sergei Fowler Marchant, who, upon an earlier plea of guilty to Conspiracy to Count 1- Commit Bank Fraud, in violation of 18 U.S.C. §§ 1349 and 1344 and Count 2-Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 8, 2011, to the custody of the Bureau of Prisons for a term of 25 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 24 months under the standard conditions adopted by the court. Sergei Fowler Marchant was released from custody on November 22, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 25, 2013, the defendant submitted a urine specimen which tested positive for cocaine. In an effort to deter future substance abuse issues, we would respectfully recommend that his supervised release be modified to include the standard drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Keith W. Lawrence |
| Robert K. Britt | Keith W. Lawrence |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: December 6, 2013 |

### ORDER OF COURT

Considered and ordered this 9 day of December, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge